FILED
CLERK, U.S. DISTRICT COURT
NOV 25 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

13- 3051 M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LUCIA GUADALUPE LEYVA<br><br>    Defendant. | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (X)  the appearance of defendant as required; and/or

(B)  ( )  the safety of any person or the community.

//

//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

Defendant has bail resources to ensure her appearance.
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 11-25-2013

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2